UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff

vs.                                                                                   CIVIL NO. 98-1859 (JP)

ONE RURAL LOT # 724, KM. 112,
BARRAZAS WARD, CAROLINA, PUERTO RICO,
et. al.,
    Defendants

## ORDER

### RULING

On December 23, 1998, the Court ordered Plaintiff to file informative motions on or before the first day of each month updating the status of the criminal proceedings in 98-13(HL), the case for which the instant one is stayed. Plaintiff has not complied with the Court's orders. The Court hereby **ORDERS** Plaintiff to file a Motion to Show Cause on or before **September 15, 2000** as to why the instant case should not be dismissed for failure to prosecute.

Date: 8/24/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             #