UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff

vs.                                                                                                   CIVIL NO. 98-1859 (JP)

ONE RURAL LOT # 724, KM. 112,
BARRAZAS WARD, CAROLINA, PUERTO RICO,
et. al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 15, 2000<br>**Docket:** # 31<br>[X] **Plffs**    [ ] **Defts**<br>**Title:** Motion to Show Cause. | **NOTED.** The Court hereby **NOTES** Plaintiff's Motion to Show Cause. |
| **Date Filed:** September 19, 2000<br>**Docket:** #32<br>[] **Plffs**  [ ] **Defts**  [X] **Other**<br>**Title:** Motion to Dismiss. | **DENIED.** Claimant, Ricardo Vélez Arenas' Motion to Dismiss is **DENIED.** Plaintiff has complied with this Court's Order dated August 24, 2000 (docket No. 30) in that Plaintiff has informed the Court of developments in the 98-13(HL) criminal proceedings. |
| **Date Filed:** October 2, 2000<br>**Docket:** #33<br>[X] **Plffs**    [ ] **Defts**<br>**Title:** Notice To The Court. | **NOTED.** The Court hereby **NOTES** Plaintiff's informative motion to this Court updating the status of the criminal proceedings in 98-13(HL), the case for which this instant case is stayed. The Court also **NOTES** that the parties have been discussing possible settlement alternatives to Claimant, Ricardo Vélez Arenas' claim. Plaintiff is **ORDERED** to keep this Court appraised of any developments in said settlement discussions. |

Date: 10/4/00

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: Λ | # 34 |