# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
     Plaintiff

vs.

CIVIL NO. 98-1859 (JP)

ONE RURAL LOT # 724, KM. 112,
BARRAZAS WARD, CAROLINA, PUERTO RICO,
et. al.,
     Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** November 3, 2000<br>**Docket: # 35**<br>[X] **Plffs**     [ ] **Defts**<br>**Title:** Motion to Seal. | **GRANTED.** The Court hereby orders that the proceedings in the instant action **REMAIN UNDER SEAL** until further order by the Court. |
| **Date Filed:** November 3, 2000<br>**Docket: # 37**<br>[X] **Plffs**     [ ] **Defts**<br>**Title:** Motion To Lift Stay of Proceedings. | **GRANTED.** The Court hereby **LIFTS THE STAY OF PROCEEDINGS** in the instant action. |

**Date:** 11/8/00

JAIME PIERAS, JR.
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 39 |