IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | |
| v. | CIVIL NO. 98-1859 (JP) |
| ONE RURAL LOT #724, et al | |
| Defendants. | |

### ORDER RESCHEDULING INITIAL SCHEDULING CONFERENCE

**BY ORDER OF HONORABLE JUDGE JAIME PIERAS, JR., U.S. DISTRICT JUDGE,** the Motion Requesting Continuance of Initial Scheduling Conference, filed by claimant Ricardo Velez-Arenas on December 7, 2000 (docket No. **40**) is **GRANTED**.

Accordingly, the **INITIAL SCHEDULING CONFERENCE** originally set for December 19, 2000 is hereby reschedule for **December 26, 2000 at 2:00 p.m.**[1]

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of December, 2000.

FRANCES RIOS DE MORAN
Clerk of the Court

By: _____
Deputy Clerk

---

[1] The parties are advised that our address has changed to: **U.S. Courthouse & Post Office Bldg., 3rd Floor,, 300 Recinto Sur Street, San Juan, P.R. 00901** (tel. No. (787) 977-6050).