IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs<br><br>v.<br><br>ONE RURAL LOT #724, BARRAZAS<br>WARD, CAROLINA, PR, et al.,<br><br>    Defendants | CIVIL NO. 98-1859(JP) |

## JUDGMENT

The parties hereto have agreed that Judgment be entered **DISMISSING WITHOUT PREJUDICE** the Complaint in the instant case against Defendant Property "B". Pursuant thereto, the Court hereby **ENTERS JUDGMENT DISMISSING WITHOUT PREJUDICE** the Complaint pertaining to Defendant Property "B" without the imposition of costs or attorneys' fees.

As to the other property identified as Defendant Property "A", the parties hereto have entered into a plea agreement in Criminal Case No. 98-013(HL), where in page 6, paragraph 12(a)-(d), the parties agreed that Claimant Vélez Arenas would forfeit all interest over the property named in paragraph 4 of the Verified Complaint described as Defendant Property "A" to the government of the United States. Pursuant thereto, the Court hereby **ENTERS JUDGMENT** for the Plaintiff United States of America to have and recover said property

CIVIL NO. 98-1859 (JP)                                    2

without the imposition of costs or attorneys' fees.[1]

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 26th day of December, 2000.

_____
JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

APPROVED BY:

For the Plaintiff:                        For Claimant Luis Miranda Gómez:

_____, ESQ.    _____, ESQ.
JOSÉ JAVIER SANTOS MIMOSO              FRANCISCO REBOLLO-CASALDUC

                                          For Claimant Ricardo Vélez Arenas:

                                          _____
                                          LAURA MALDONADO, ESQ. for
                                          FRANCISCO DOLZ SANCHEZ, ESQ.

---

[1] Plaintiff's motion of December 20, 2000 **(docket No. 44)**, requesting that the Court strike Claimant Ricardo Vélez Arenas' claim and for Decree of Forfeiture is hereby **DENIED**. Further, Claimant Ricardo Vélez Arenas' attorney Laura Maldonado is appearing on behalf of attorney Francisco Dolz Sánchez.