UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>A) ONE RURAL LOT #724 LOCATED AT ROAD #853, KM. 112, BARRAZAS WARD, CAROLINA, PUERTO RICO, MORE FULLY DESCRIBED IN THE PROPERTY REGISTRY OF THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:<br><br>RUSTICA: Predio compuesto de veinte cuerdas equivalentes a siete hectareas, ochenta y seis areas y ocho centiareas radicada en el Barrio Barrazas de Carolina, en lindes,.por el NORTE, con Manuel Corujo y Sucesion de Bernardo Morales, por el SUR, con Lope Rodriguez, por el ESTE, con la Sucesion de Patricio Sosa y por el OESTE con Manuel Corujo.<br><br>Inscrita al folio #55 del tomo #17 de Carolina II, finca #724;<br><br>B. ONE RURAL LOT LOCATED AT CARE. 7710 KM. 4.3, BARRIO POZUELO, GUAYAMA, PUERTO RICO, WITH ALL APPURTENANCES, IMPROVEMENTS AND STRUCTURES THEREON, INCLUDING BUT NOT LIMITED TO THE BUSINESS KNOWN AS COSTA BRAVA RESTAURANT,<br><br>Defendants. | Civil No. 98-1859 (JP) |

**MOTION TO AMEND JUDGMENT**

NOW COMES the United States of America, through the undersigned attorneys, and before the Honorable Court, very respectfully states and pray as follows:

1. On December 26, 2000, the Honorable Court issued Judgment in the case of caption whereby the defendant property A, as described above, was forfeited to the United States.

2. In the normal course of these cases, the forfeiture order usually includes language to the effect that the property is forfeited free and clear of all liens and encumbrances. In this case, however, such language was not included.

3. The United States is in the process of disposing of the property, but a problem in the chain of title, requires us to respectfully request from the Honorable Court that the Judgment be amended to include said language. Attached is a letter from Attorney Gladys Isabel Flores, who is dealing with the matter on the United States Marshal Service's behalf, explaining the problem that has surfaced in regards to the chain of title.

WHEREFORE the United States respectfully prays from the Honorable Court that the present motion be Granted and that the Judgment of December 26, 2000, be amended as herein requested. A proposed Judgment is attached.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: Francisco Rebollo Casalduc, Esq., P.O. Box 195571, San Juan, P.R. 00919-5571; and Francisco M. Dolz Sánchez, Esq., P.O. Box 361451, San Juan, P.R. 00936-1451.

Respectfully Submitted in San Juan, Puerto Rico, this 7th day of May 2004.

                                  H.S. GARCÍA
                                UNITED STATES ATTORNEY

**S/ José Javier Santos Mimoso**
José Javier Santos Mimoso
Assistant United States Attorney
1201 Torre Chardón
350 Carlos Chardón Street
Hato Rey, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 766-6219