Gladys Isabel Flores Rodríguez, Esq.
Attorney at Law

May 3, 2004

Mr. José Javier Santos Mimoso, Assistant
US Attorney Office
San Juan, Puerto Rico

Dear Mr. Santos:

Re:     Road 853, Km. 112, Barrazas Ward, Carolina, Puerto Rico
        Case 98-1859 (JP); CATS 98-DEA-353698

This real property is already registered with CRIM under the name of the USA free of debts.

However, the property is registered with the Property Registry of Puerto Rico, Second Section of Carolina, under the name of Tomás Corujo Mangual and his wife Olaya Nieves Forti. Mr. Corujo and Mrs. Nieves died and their heirs sold this property to Ricardo Vélez Arenas. The USA forfeited this property from Mr. Arenas.

The deed, by means of which the heirs sold the property, was notified by the Registrar and withdrawn from the Registry. Therefore, said deed is no longer filed with the Property Registry and there is a gap in the chain of title.

In order to register said deed again with the Property Registry I need to request a certified copy from Mr. Carlos Roberto Vélez, the notary before whom the deed was executed. But he is no longer a notary public. Therefore, I have to request a certified copy from the Protocols Office in San Juan.

Some of the heirs lived in the USA. They executed Powers of Attorney ("POA") to authorize other heirs to sign on their behalf. I also need certified copies of said POA. Those certified copies could also be obtained from the Protocols Office.

However, I do not have and do not know how to obtain all documents pertaining to the Estate of Tomás Corujo and Olaya Nieves. These documents include a Court Resolution stating who are the heirs, a certificate issued by the Treasury Department stating that the heirs did not have to pay estate taxes, and a Petition filed with the Property Registry requesting to register the property under the name of the heirs.

According to the laws of Puerto Rico, these documents have to be filed before the Purchase and Sale Deed ("P&S Deed") by means of which the heirs sold the property to Mr. Arenas. To keep the chain of title the property has to be registered from Mr. Corujo and Mrs. Nieves to the heirs, from the heirs to Mr. Arenas, and from Mr. Arenas to the USA.

2013 Borinquen Ave., San Juan, Puerto Rico 00915  •  (787) 727-2576  •  e-mail: isabel17@coqui.net

Mr. José Javier Santos Mimoso
Page -2-

I understand that the US Attorney Office can file a motion with the Judge explaining the
problem with the chain of title with the Property Registry. I can send you a copy of the
P&S Deed and of the title search of the property that I have in order to file those copies
with the Motion. I would like to request the Judge to issue an order to the Registrar to
register the property under the name of the USA free of liens and encumbrances.

Let me know if you are going to request copies of the POA. I have the information of the
deeds (title, number, date, and parties). Please call me as soon as possible at (787) 727-
2576 to discuss this case.

Cordially,

Gladys Isabel Flores Rodríguez

By facsimile (787) 766-6219