UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>A) ONE RURAL LOT #724 LOCATED AT ROAD #853, KM. 112, BARRAZAS WARD, CAROLINA, PUERTO RICO, MORE FULLY DESCRIBED IN THE PROPERTY REGISTRY OF THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:<br><br>RUSTICA: Predio compuesto de veinte cuerdas equivalentes a siete hectareas, ochenta y seis areas y ocho centiareas radicada en el Barrio Barrazas de Carolina, en lindes,.por el NORTE, con Manuel Corujo y Sucesion de Bernardo Morales, por el SUR, con Lope Rodriguez, por el ESTE, con la Sucesion de Patricio Sosa y por el OESTE con Manuel Corujo.<br><br>Inscrita al folio #55 del tomo #17 de Carolina II, finca #724;<br><br>B. ONE RURAL LOT LOCATED AT CARE. 7710 KM. 4.3, BARRIO POZUELO, GUAYAMA, PUERTO RICO, WITH ALL APPURTENANCES, IMPROVEMENTS AND STRUCTURES THEREON, INCLUDING BUT NOT LIMITED TO THE BUSINESS KNOWN AS COSTA BRAVA RESTAURANT,<br><br>Defendants. | Civil No. 98-1859 (JP) |

**AMENDED JUDGMENT**

The parties hereto have agreed that Judgment be entered Dismissing

Without Prejudice the complaint in the instant case against Defendant Property "B".

Pursuant thereto, the Court hereby ENTERS JUDGMENT DISMISSING WITHOUT PREJUDICE the Complaint pertaining to Defendant Property "B" without the imposition of costs or attorneys' fees.

As to the other property identified as Defendant Property "A", the parties hereto have entered into a plea agreement in Criminal Case No. 98-013(HL), where in page 6, paragraph 12(a)-(d), the parties agreed that Claimant Velez Arenas would forfeit all interest over the property named in paragraph 4 of the Verified Complaint describe as Defendant Property "A" to the government of the United States.  Pursuant thereto, the Court hereby enters Judgment for the Plaintiff United States of America to have and recover said property without the imposition of costs or attorneys' fees.  Said property shall be registered free and clear of all liens and encumbrances in the name of the United States.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, this      day of May 2004.


JAIME PIERAS, JR.
Senior, United States District Judge