IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff | * |
| v. | *   CIVIL NO. 98-1859 (JP) |
| ONE RURAL LOT #724, BARRAZAS WARD, CAROLINA, PR, et al., | * |
| Defendants | * |

**O R D E R**

The Court has before it Plaintiff's "Motion to Amend Judgment" dated May 7, 2004 (**docket No. 49**). With such Motion, Plaintiff requests that the Court amend its Judgment dated December 26, 2000 (docket No. 46) to order that Property A "be registered [at the Puerto Rico Registry of Property] free and clear of all liens and encumbrances in the name of the United States." Such Motion is hereby **DENIED** for the reason set forth below.

Attachment 1 to the motion under the Court's consideration is a letter by Ms. Gladys Isabel Flores Rodríguez, an attorney who has represented the United States Marshals Service in matters related to this case. Such letter summarizes the situation with respect to Property A: there are missing links in the chain of title. Puerto Rico law provides for ways of filling in those gaps.

CIVIL NO. 98-1859 (JP)                2

The Court interprets Plaintiff's request to order the registration of Property A "in the name of the United States" as basically asking the Court to "fill in" the gaps in the chain of title.  The Court will not be part of thwarting the laws of the Commonwealth of Puerto Rico by providing the United States Marshals Service an easy fix.  The United States Marshals Service is not above Puerto Rican property law.  Therefore, the "Motion to Amend Judgment" (**docket No. 49**) is hereby **DENIED**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of August, 2004.


                                                  S/ Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                      U.S. SENIOR DISTRICT JUDGE